UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARILYN POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-212 |
| ) | |
| ALCOA HIGH SCHOOL, and ) | |
| SCOTT PORTER, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the captioned case is sufficiently related to the previously filed cases[1] of: Powell v. Alcoa High School, et al., Case No. 3:09-CV-113 (Varlan/Shirley); Powell v. Helen Ross McNabb Home Base Program et al., Case No. 3:09-CV-171 (Varlan/Shirley); Powell v. Blount County Juvenile Detention Center, Case No. 3:09-CV-277 (Varlan/Shirley); Powell v. Blount County Juvenile Detention Center, et al., Case No. 3:09-CV-411 (Varlan/Shirley); Powell v. State of Tennessee, et al., Case No. 3:10-CV-126 (Varlan/Shirley); and Powell v. Alcoa Police Dept. et al., Case No. 3:10-CV-197 (Varlan/Shirley). The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties, and are, therefore, related.

---

[1] All of the listed cases, except for Case No. 3:10-CV-126 and Case No. 3:10-CV-197, have been dismissed.

Accordingly, the captioned case should be assigned to District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley. However, consolidation is not ordered.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge