UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARILYN POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:10-CV-212 |
| ) | (VARLAN/SHIRLEY) |
| ALCOA HIGH SCHOOL, and ) | |
| SCOTT PORTER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered contemporaneously herewith, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 4] of U.S. Magistrate Judge C. Clifford Shirley, Jr. Accordingly, the complaint [Doc. 2] of plaintiff Marilyn Powell is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim upon which relief can be granted. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE